Dismissed and Memorandum Opinion filed March 4, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00897-CV

____________

 

JAKE HENDRIX, Appellant

 

V.

 

CHERYL BRYANT, Appellee

 



 

On Appeal from the 247th District Court

Harris County, Texas

Trial Court Cause No. 2007-31016

 



 

M E M O R
A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed March 10, 2008.
 Appellant=s notice of appeal was filed October 19, 2009.

The notice of appeal must be filed within thirty days after
the judgment is signed when appellant has not filed a timely motion for new
trial, motion to modify the judgment, motion to reinstate, or request for
findings of fact and conclusions of law.  See Tex. R. App. P. 26.1.

Appellant=s notice of appeal was not filed timely. A motion for
extension of time is necessarily implied when an appellant, acting in good
faith, files a notice of appeal beyond the time allowed by Rule 26.1, but
within the fifteen-day grace period provided by Rule 26.3 for filing a motion
for extension of time.  See Verburgt v. Dorner, 959 S.W.2d 615, 617-18
(Tex. 1997) (construing the predecessor to Rule 26).  Appellant=s notice of appeal was not filed
within the fifteen-day period provided by Rule 26.3

On February 3, 2010, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of jurisdiction.  See
Tex. R. App. P. 42.3(a).  Appellant=s response fails to demonstrate that
this Court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Justices
Frost, Boyce, and Sullivan.